UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BANK OF AMERICA, NA,

      Plaintiff

 against.

PUSHING GREY – OFFICIAL NUMBER 1205748,
IRENE DENTE, TURTLE HOLDINGS LLC,
STEVE KONTARINES, BRANDON G. LISI and
SURFSIDE 3 MARINE MAX also known as Marine
Max of New York LLC,

      Defendants.

**NOTICE OF MOTION**

Index No. CV 11-1191

---

| | |
|---|---|
| **MOTION BY:** | Plaintiff |
| **ASSIGNED JUDGE:** | Honorable Denis R. Hurley, J.S.C. |
| **DATE, TIME AND PLACE OF HEARING:** | _____ at \_\_\_\_\_ a.m., United States District Court - Eastern District, Long Island Courthouse, 100 Federal Plaza, Central Islip, New York 11722. |
| **RELIEF REQUESTED:** | An order granting plaintiff's motion for summary judgment against defendants Irene Dente, Steve Kontarines, Brandon G. Lisi and Surfside 3, Marine Max a/k/a Marine Max of New York LLC and directing the sale of Pushing Grey ON 1205748 free of all liens and claims of the Defendants. |
| **GROUNDS:** | Rule 56 of the Federal Rules of Civil Procedure |
| **SUPPORTING PAPERS:** | Affidavit of John M. Wells, Esq. sworn to November 16, 2018, including the Exhibits annexed thereto; the affidavit of Rob Saltzman, Esq. sworn to November 5, 2018; the affidavit of Brian Gourlay sworn to November 7, 2018, including the Exhibits annexed thereto; Statement of Undisputed Facts dated November 16, 2018; Notice to Pro Se Litigant dated November 16, 2018 and the accompanying Memorandum of Law dated November 16, 2018. |

**As set forth by the Court's order entered on October 24, 2018, a copy of which is attached, Defendants shall serve, but not file, joint or separate opposing papers on Plaintiff's counsel on or before December 19, 2018.  See Docket #126.**

Dated: November 16, 2018

Respectfully submitted,

_____
John M. Wells
LACY KATZEN LLP
*Attorneys for Defendant(s)*
130 East Main Street
P.O. Box 22878
Rochester, New York 14692-2878
Telephone:  (585) 454-5650

TO:

**From:** ecf_bounces@nyed.uscourts.gov [mailto:ecf_bounces@nyed.uscourts.gov]
**Sent:** Wednesday, October 24, 2018 2:00 PM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 2:11-cv-01191-DRH-ARL Bank of America, NA v. Pushing Grey - Official Number 1205748 et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 10/24/2018 at 2:00 PM EDT and filed on 10/24/2018
**Case Name:**     Bank of America, NA v. Pushing Grey - Official Number 1205748 et al
**Case Number:**   2:11-cv-01191-DRH-ARL
**Filer:**
**Document Number:** No document attached

Docket Text:
**ORDER re [126]: The Court is in receipt of Plaintiff's pre-motion conference letter; none of the Defendants have filed a response. The Court waives its requirement for a conference and sets the following briefing schedule for the proposed motion for summary judgment: Plaintiff shall serve, but not file, moving papers on or before November 21, 2018; Defendants shall serve, but not file, joint or separate opposing papers on or before December 19, 2018; Plaintiff shall serve a reply, if any, and file all papers with the Court, including a courtesy copy for Chambers, on or before January 2, 2019. Ordered by Judge Denis R. Hurley on 10/24/2018. (Bochner, Francesca)**

2:11-cv-01191-DRH-ARL Notice has been electronically mailed to:

Daniel Gerard McDermott    dgmcdermott@mdwcg.com

Brian J. Davis    ah@bjdpc.com, brianjdavisesq@aol.com

Steven R. Haffner (Terminated)    haffner.steven@gmail.com, lastwaltz1@aol.com

John M. Wells    jwells@lacykatzen.com, cpotter@lacykatzen.com, swaterman@lacykatzen.com

**2:11-cv-01191-DRH-ARL Notice will not be electronically mailed to:**

Turtle Holdings LLC


Steve Kontarines