UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BANK OF AMERICA, NA,

                        Plaintiff,

-vs-

PUSHING GREY - OFFICIAL NUMBER 1205748,
IRENE DENTE, TURTLE HOLDINGS LLC,
STEVE KONTARINES, BRANDON G. LISI,
SURFSIDE 3, MARINE MAX a/k/a MARINE
MAX OF NEW YORK, LLC,

                        Defendants.

**AFFIDAVIT OF SERVICE BY MAIL**

Case No. 2:11-cv-01191(DHR)(ARL)

STATE OF NEW YORK)
COUNTY OF MONROE)  ss:

Juanita M. Ryan, being duly sworn, deposes and says:

1)    That deponent is not a party to this action, is over 18 years of age and resides in East Rochester, New York.

2)    That on **December 16, 2019** I served, on behalf of Plaintiff Bank of America, **a copy of the Order [Docket #155] denying Brandon Lisi's Motion for an Extension of Time to respond to Plaintiff's Motion for Summary Judgment** on Brandon G. Lisi – **via First Class Mail and U.S. Priority Mail** to: Brandon G. Lisi, Inmate Reg. No.62739054, Metropolitan Detention Center, Brooklyn MDC, P.O. Box 329002, Brooklyn, New York 11232

                                        _/s/ Juanita M. Ryan_
                                        Juanita M. Ryan

Sworn to before me this 16th day of December, 2019.

_/s/ Christine M. Metzger_
Notary Public

CHRISTINE M. METZGER
Notary Public, State of New York
MONROE COUNTY
Reg. #01ME4702505
Commission Expires Dec. 31, 2021

[052508-000002/4225786/1]