

**JOHN M. WELLS**
*Attorney*
- Direct Line  585.324.5752
- Direct Fax  585.269.3088
- Email  jwells@lacykatzen.com

January 6, 2020

*Via CM/ECF*

Honorable Denis R. Hurley, Senior Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: **Bank of America v. Pushing Grey - Official Number 1205748**
     *(Case No. 2:11-cv-01191-DRH-ARL)*

Dear Judge Hurley:

  I write to object to Defendant Lisi's filing of a Declaration in Opposition to Plaintiff's Renewed Motion for Summary Judgment on January 2, 2020. In response to a request for an extension by Defendant Lisi, the Court by Order dated October 23, 2019 granted Defendant Lisi until December 2, 2019 to oppose the Plaintiff's Order. See Docket #139. Defendant Lisi did not. Thereafter, by letter dated December 2, 2019, Defendant Lisi sought another 60 day extension. The Court denied Defendant Lisi's request. See Docket #155. Plaintiff respectfully asserts that Defendant Lisi's opposition is untimely and should not be considered.

           Very truly yours,

           LACY KATZEN LLP

           John M. Wells

JMW/jw

cc.: Mr. Brandon G. Lisi *(via first class mail and U.S. Postal Service Priority Mail)*

Mailing Address P.O. Box 22878, Rochester, NY 14692-2878 ▪ Office Address 600 Bausch and Lomb Place, Rochester, NY 14604
Office 585.454.5650 ▪ Fax 585.269.3077 ▪ lacykatzen.com